## STATEMENT OF FACTS

On or about November 7, 2017, at approximately 2:30 p.m. a robbery occurred at the TD Bank located at 1753 Connecticut Avenue, Northwest, Washington, DC, an entity whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC). At approximately 2:30 p.m., a black male approximately 5'7 to 5'9 and between 150 - 160lbs, later identified as defendant Steven Davis, entered the TD Bank wearing a dark brown front-zipped hoodie, dark baseball cap, dark pants, black tennis shoes with white soles, and carrying a tan colored canvas bag.

Mr. Davis approached the teller window and handed a note to the teller which read, "I have a bag full of explosives hand over the $ now or die." Mr. Davis's intent was to put the victim teller in fear of imminent harm. In response, the teller gave the suspect approximately $500 in U.S. currency which was $450 in ten dollar bills and one $50 bill. Mr. Davis then exited the bank and fled in an unknown direction.

Immediately after Mr. Davis exited the TD Bank, the victim teller activated the silent alarm system, triggering a law enforcement response. Additionally, the bank manager called 911. Law enforcement immediately responded to the scene and obtained a brief description of the suspect from the victim teller.

Law enforcement also received surveillance photographs from the bank that showed the events of the robbery. The surveillance photographs depicted the suspect as a black male, approximately 5'7 to 5'9, 150 to 160 pounds, dark complexion, wearing a dark brown front-zipped hoodie, dark baseball cap, dark pants, and black tennis shoes with white soles. The suspect was additionally carrying a tan canvas bag, brown leather wallet, and was wearing a white latex glove on his right hand. The victim teller's description of the suspect was consistent with the weight, height, and race of the surveillance photographs.

Based on the initial description by the victim teller and the surveillance still images, lookout was broadcasted over a Metropolitan Police Department ("MPD") radio channel.

Several MPD officers canvassed the DuPont Circle Subway station located 1525 20th Street, NW, Washington, D.C. Once on the lower level of the subway station, law enforcement saw a suspect who fit the description of the flash lookout. The suspect was identified as Steven Davis. One of the MPD Officers on scene, responded to the bank to get a surveillance photograph of the suspect from inside of the bank. An officer stayed with the suspect at DuPont Subway Station. The officer returned to the subway station and determined that Steven Davis's physical appearance and clothing was consistent with the weight, height, and race of the surveillance photographs. Furthermore, Steven Davis was dressed in a front zipped brown hooded jacket, black baseball cap, dark colored pants, and black Nike tennis shoes with white trim, again consistent with the surveillance photographs from the bank. Davis also had one used white latex glove in his left front jacket pocket and a second glove in a tan canvas bag. Officers recovered a brown leather wallet from Mr. Davis and discovered one $50 bill and $440 in ten-dollar bills inside of his tan canvas bag. The denominations of the currency matches that as the currency handed to the suspect by the victim teller. Only one ten dollar bill was missing from the original $500 provided by the victim teller.

Another bank employee, referred to as W-2, was inside the bank when the robbery occurred. W-2 indicated that the suspect had a small, slim face and facial hair on his face. At approximately, 4:13 p.m., on November 7, 2017, W-2 was taken to the north corner of DuPont Circle Subway Station at the corner of 20th and Q Street, NW, Washington, DC to conduct a show-up.  W-2 was shown Steven Davis and stated, it was not the individual that robbed the bank.

Notwithstanding the descriptions, surveillance photographs show the suspect receiving money and then leaving the bank. During a subsequent interview, defendant Davis identified himself as the individual in the surveillance photos who robbed the bank, and he admitted going to the DuPont Subway Station where law enforcement stopped him.

 The defendant was placed under arrest.  During the interview, defendant Davis confessed to robbing the TD Bank located at 1753 Connecticut Avenue, NW, Washington, DC.  Davis stated that he went to the bank and pulled out a note from his wallet and gave it to the teller and the teller gave an undetermined amount of money.  Defendant Davis also stated that he walked out of the bank and went to DuPont Circle Subway where law enforcement stopped him.

Defendant Davis viewed the surveillance photographs, and he verbally indicated that he was the person depicted in the pictures.

_____
SPECIAL AGENT RILEY PALMERTREE
FEDERAL BUREAU INVESTIGATION


SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF OCTOBER, 2017.


_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE